IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| FIRST UNION NATIONAL BANK AND LORRAINE S. LEVIN, PERSONAL REPRESENTATIVES OF THE ESTATE OF LEONARD L. LEVIN<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Civil Action No. AMD –00-1855 |

ORDER

Upon consideration of the Motion to Withdraw Appearance filed by Shale D. Stiller and Kurt J. Fischer, it is

ORDERED this 23 day of October, 2000, that the appearance of Shale D. Stiller, Kurt J. Fischer, and Piper Marbury Rudnick & Wolfe, LLP is hereby stricken.

_____
U.S. District Judge