IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FIRST UNION NATIONAL BANK, et al. | * |
| Plaintiffs | * |
| | Case No. |
| v. | * AMD-00-1855 |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR EXTENSION OF TIME

The undersigned, counsel for the Plaintiffs in the above-captioned matter, with the consent of counsel for the Defendant and in accordance with the Stipulation to Extension of Time attached hereto, hereby requests that the Court extend the deadline set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to December 6, 2000, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts by thirty (30) days, to January 8, 2001. This extension of time is sought for the purpose of affording the parties additional time to attempt to settle the case.

RESPECTFULLY SUBMITTED,

_12/5/00_
Date

APPROVED
[signature]
12/7/2000

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FIRST UNION NATIONAL BANK,   *
et al.
        Plaintiffs   *
                                    Case No.
v.   *   AMD-00-1855

UNITED STATES OF AMERICA   *

        Defendant   *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO EXTENSION OF TIME

The undersigned, counsel for Plaintiffs and Defendant in the above-captioned matter, hereby stipulate to extend the deadline, set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to December 6, 2000, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts by thirty (30) days, to January 8, 2001.

_12/4/00_
Date

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

_12/6/00_
Date

Gregory S. Hrebiniak
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Stn.
Washington, D.C. 20044
Tel. No. (202) 307-6346
Fax. No. (202) 514-6866

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Request for Extension of Time has been made this 7th day of December, 2000, by mailing, postage prepaid, addressed to:

>   Gregory S. Hrebiniak
>   Trial Attorney, Tax Division
>   U.S. Department of Justice
>   P.O. Box 227
>   Ben Franklin Station
>   Washington, DC  20044

*/s/ Max E. Blumenthal*
Max E. Blumenthal, Esq.
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland  21202-1626
Tel. No. (410) 347-0506
Fax No.  (410) 347-0513