IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR EXTENSION OF TIME

The undersigned, counsel for the Plaintiffs in the above-captioned matter, with the consent of counsel for the Defendant and in accordance with the Stipulation to Extension of Time attached hereto, hereby requests that the Court extend the deadline set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to January 8, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts by thirty (30) days, to February 8, 2001. This extension of time is sought for the purpose of affording the parties additional time to attempt to settle the case.

RESPECTFULLY SUBMITTED,

1/4/01
Date

APPROVED
[signature]
1/9/2001

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| | | Case No. |
| v. | * | AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTENSION OF TIME

The undersigned, counsel for Plaintiffs and Defendant in the above-captioned matter, hereby stipulate to extend the deadline, set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to January 8, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts by thirty (30) days, to February 8, 2001.

_____1/3/01_____
Date

_Max E. Blumenthal_
Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

_____1/3/01_____
Date

_Gregory S. Hrebiniak_
Gregory S. Hrebiniak
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Stn.
Washington, D.C. 20044
Tel. No. (202) 307-6346
Fax. No. (202) 514-6866

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Request for Extension of Time has been made this 4th day of January, 2001, by mailing, postage prepaid, addressed to:

    Gregory S. Hrebiniak
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC  20044

*Max E. Blumenthal*
Max E. Blumenthal, Esq.
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland  21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513