IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 FEB -7  P 3: 35

CLERK'S OFFICE

BY_____ DEPUTY

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

___FILED ___ENTERED
___LODGED ___RECEIVED

FEB 08 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## REQUEST FOR EXTENSION OF TIME

The undersigned, counsel for the Plaintiffs in the above-captioned matter, with the consent of counsel for the Defendant and in accordance with the Stipulation to Extension of Time attached hereto, hereby requests that the Court extend the deadline set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to February 8, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts to March 9, 2001. This extension of time is sought for the purpose of affording the parties additional time to attempt to settle the case.

RESPECTFULLY SUBMITTED,

2/7/2001
Date

_____
Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

APPROVED

[signature]
2/8/2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| | | Case No. |
| v. | * | AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTENSION OF TIME

The undersigned, counsel for Plaintiffs and Defendant in the above-captioned matter, hereby stipulate to extend the deadline, set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to February 8, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts to March 9, 2001.

_____2/6/01_____                       _____[signature]_____
Date                                        Max E. Blumenthal, Bar No. 2962
                                            Stewart, Plant & Blumenthal, LLC
                                            7 St. Paul Street, Suite 910
                                            Baltimore, Maryland 21202-1626
                                            Tel. No. (410) 347-0506
                                            Fax No. (410) 347-0513

_____2/6/01_____                       _____[signature]_____
Date                                        Gregory S. Hrebiniak
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227, Ben Franklin Stn.
                                            Washington, D.C. 20044
                                            Tel. No. (202) 307-6346
                                            Fax. No. (202) 514-6866

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Request for Extension of Time has been made this 7th day of February, 2001, by mailing, postage prepaid, addressed to:

>Gregory S. Hrebiniak
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 227
>Ben Franklin Station
>Washington, DC  20044

*[signature]*
Max E. Blumenthal, Esq.
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland  21202-1626
Tel. No. (410) 347-0506
Fax No.  (410) 347-0513