IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| | | Case No. |
| v. | * | AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR EXTENSION OF TIME

The undersigned, counsel for the Plaintiffs in the above-captioned matter,

with the consent of counsel for the Defendant and in accordance with the Stipulation to

Extension of Time attached hereto, hereby requests that the Court extend the deadline set

forth in this Court's Scheduling Order of September 8, 2000, and previously extended by

this Court to March 9, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ.

Proc. 26(a)(2) disclosures re experts to April 9, 2001.  This extension of time is sought for

the purpose of affording the parties additional time to attempt to settle the case.

RESPECTFULLY SUBMITTED,

_3/9/01_
Date

APPROVED

_Max E. Blumenthal, Bar No. 2962_
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland  21202-1626
Tel. No. (410) 347-0506
Fax No.  (410) 347-0513

3/12/2001

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Request for

Extension of Time has been made this ___9th___ day of March, 2001, by mailing, postage

prepaid, addressed to:


Gregory S. Hrebiniak
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044


Max E. Blumenthal, Esq.
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

- 2 -

(00181591.WPD;1)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FIRST UNION NATIONAL BANK,            *
et al.
           Plaintiffs            *

                                    Case No.
v.            *            AMD-00-1855

UNITED STATES OF AMERICA            *

           Defendant            *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION TO EXTENSION OF TIME

The undersigned, counsel for Plaintiffs and Defendant in the above-captioned

matter, hereby stipulate to extend the deadline, set forth in this Court's Scheduling Order of

September 8, 2000, and previously extended by this Court to March 9, 2001, by which

Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts to

April 9, 2001.

_____3/9/01_____
Date

_____3/9/01_____
Date

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

Gregory S. Hrebiniak
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Stn.
Washington, D.C. 20044
Tel. No. (202) 307-6346
Fax No. (202) 514-6866