IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST UNION NATIONAL BANK, et al. | * | |
| Plaintiffs | * | |
| | | Case No. |
| v. | * | AMD-00-1855 |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR EXTENSION OF TIME

The undersigned, counsel for the Plaintiffs in the above-captioned matter, with the consent of counsel for the Defendant and in accordance with the Stipulation to Extension of Time attached hereto, hereby requests that the Court extend the deadline set forth in this Court's Scheduling Order of September 8, 2000, and previously extended by this Court to April 9, 2001, by which Plaintiffs are required to submit their Fed. Rule Civ. Proc. 26(a)(2) disclosures re experts to May 9, 2001. This extension of time is sought for the purpose of affording the parties additional time to attempt to settle the case.

RESPECTFULLY SUBMITTED,

4/06/01
Date

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

APPROVED
[signature]