IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FIRST UNION NATIONAL BANK, et al. | * |
| Plaintiffs | * |
| v. | Case No. AMD-00-1855 |
| UNITED STATES OF AMERICA | |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The undersigned, counsel for Plaintiffs and Defendant in the above-captioned matter, hereby stipulate to dismiss such matter without prejudice for one hundred twenty (120) days, with a dismissal with prejudice to be filed within said time period upon the final settlement of the case.

9/24/01
Date

Max E. Blumenthal, Bar No. 2962
Stewart, Plant & Blumenthal, LLC
7 St. Paul Street, Suite 910
Baltimore, Maryland 21202-1626
Tel. No. (410) 347-0506
Fax No. (410) 347-0513

9/24/01
Date

Gregory S. Hrebiniak
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Stn.
Washington, D.C. 20044
Tel. No. (202) 307-6346
Fax. No. (202) 514-6866

9/26/2001
APPROVED