IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

FIRST UNION BANK                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )     Civil No. 00-1855 AMD
                                    )
UNITED STATES OF AMERICA            )
                                    )
                Defendant.          )

<u>STIPULATION OF DISMISSAL</u>

It is hereby stipulated by and between the undersigned
parties that this case is dismissed, with prejudice, each
party to bear its own costs and expenses of litigation.

GREGORY S. HREBINIAK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6346

MAX E. BLUMENTHAL
Attorney for Plaintiff
Stewart, Plant & Blumenthal
Seven St. Paul Street
Suite 910
Baltimore, MD  21202-1626
Telephone: (410) 347-0506

APPROVED
_____
2/13/2002



MICROFILMED
3